FILED
JAMES BONINI
CLERK

2012 OCT 18 PM 12: 13

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:12-CR-164 |
| | : | |
| vs. | : | JUDGE MARBLEY |
| | : | |
| TODD L. SMITH | : | |
| | : | 18 U.S.C. § 2422(b) |
| | : | 18 U.S.C. § 2251(a) & (e) |

**SUPERSEDING**
**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**Coercion and Enticement of a Minor for Sexual Activity**

From on or about, February 12, 2012, through and including on or about March 1, 2012, in the Southern District of Ohio, the defendant, TODD L. SMITH, did knowingly use a means or facility of interstate commerce, that is, the internet, to knowingly attempt to persuade, induce or entice a minor, Jane Doe A, to engage in sexual activity for which the defendant can be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

1

## COUNT TWO

**Attempted Production of Sexually Explicit Conduct of a Minor**

On or about April 14, 2012, in the Southern District of Ohio, the defendant, TODD L. SMITH, did knowingly attempt to employ, use, persuade, induce, entice, or coerce a minor, Jane Doe A, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, that is a cellular telephone, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, including by cellular telephone and the internet.

In violation of 18 U.S.C. § 2251(a) & (e).

## COUNT THREE

**Attempted Production of Sexually Explicit Conduct of a Minor**

On or about May 14, 2012, in the Southern District of Ohio, the defendant, TODD L. SMITH, did knowingly attempt to employ, use, persuade, induce, entice, or coerce a minor, Jane Doe A, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, that is a cellular telephone, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, including by cellular telephone and the internet.

In violation of 18 U.S.C. § 2251(a) & (e).

# COUNT FOUR

## Coercion and Enticement of a Minor for Sexual Activity

From on or about, May 1, 2012, through on or about and including July 25, 2012, in the Southern District of Ohio, the defendant, TODD L. SMITH, did knowingly use a means or facility of interstate commerce, that is, a cellular telephone and the internet, to knowingly attempt to persuade, induce or entice a minor, Jane Doe B, to engage in sexual activity for which the defendant can be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL.

s/Foreperson
FOREPERSON

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Columbus Branch Chief