IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:12-CR-164 |
| | : | |
| | : | **JUDGE MARBLEY** |
| vs. | : | |
| | : | |
| **TODD L. SMITH** | : | |
| | : | |
| | | **SUPERSEDING** |
| | | **INFORMATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
**Coercion and Enticement of a Minor for Sexual Activity**

From on or about, February 12, 2012, through and including on or about July 25, 2012, in the Southern District of Ohio, the defendant, TODD L. SMITH, did knowingly use a means or facility of interstate commerce, that is, a cellular telephone and the internet, to knowingly attempt to persuade, induce or entice minors Jane Doe A and Jane Doe B, to engage in sexual activity for which the defendant can be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Columbus Branch Chief