IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA  :

v.  :  No. 2:12 CR 164
    JUDGE MARBLEY

TODD L. SMITH  :

### GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §2422(b)

#### Count 1

1. ELEMENTS: 18 U.S.C. §2422(b)

First: That the defendant did knowingly, use a means or facility of interstate commerce, a cellular phone and the Internet, to persuade, induce, or entice minors who have not attained the age of 18, to engage in sexual activity;

Second: That such acts occurred in whole or in part at or about the time alleged in the Information in the Southern District of Ohio.

2. <u>PENALTIES</u>:

    A.   Mandatory Minimum:   10 years imprisonment

    B.   Possible Maximum:   Life in prison, a fine of $250,000, 5 years to life supervised release, and $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

_____
DOUGLAS W. SQUIRES (0073524)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio  43215
(614) 469-5715
Fax:  (614) 469-5653
Douglas.Squires @usdoj.gov